JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUSIE WHANG, an individual; PHILLIP SHIN, an individual; BILL SHIN, an individual; PEGGY YOO, an individual; and DOES 1-10, <br><br> Defendants. | Case No.: 2:21-cv-09141-RGK-PLA <br><br> *Hon. R. Gary Klausner* <br><br> [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE <br><br> Action Filed: November 22, 2021 <br> Trial Date:   Not on Calendar |

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Susie Whang, an individual; Phillip Shin, an individual; Bill Shin, an individual; and Peggy Yoo, an individual is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: January 28, 2022

Hon. R. Gary Klausner
United States District Judge